AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

2021 JAN 13 PM 12:48

John Michael Haskew
_Petitioner_

v.

U.S. Marshal
_Respondent_
(name of warden or authorized person having custody of petitioner)

Case No. 8:20-cv-02864-TPB-AAS
(Supplied by Clerk of Court)
(second petition)

8:21cv118T60 CPT

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: John Michael Haskew
   (b) Other names you have used:

2. Place of confinement:
   (a) Name of institution: Pinellas County Jail
   (b) Address: 14400 49th St. N. Clearwater, FL 33762
   (c) Your identification number:

3. Are you currently being held on orders by:
   ☒ Federal authorities   ☐ State authorities   ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
      If you are currently serving a sentence, provide:
         (a) Name and location of court that sentenced you:
         (b) Docket number of criminal case:
         (c) Date of sentencing:
   ☐ Being held on an immigration charge
   ☒ Other (explain): Serving a sentence for another person.

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

Page 2 of 9

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☐ Pretrial detention
☐ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☑ Other *(explain)*: I am challenging the jail giving me someone else's docket number and i.d. card.

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: Pinellas County Jail
   (b) Docket number, case number, or opinion number: 1846335
   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*: The jail gave me an i.d. card with that number on it.
   (d) Date of the decision or action: October 7th, 2020.

### Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☑ Yes         ☐ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: Pinellas County Jail
       (2) Date of filing: January 7th, 2021
       (3) Docket number, case number, or opinion number: 1160326
       (4) Result: closed/dismissed
       (5) Date of result: January 7th, 2021
       (6) Issues raised: 1. The jail gave me the wrong docket number.

   (b) If you answered "No," explain why you did not appeal:

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes         ☑ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) If "Yes," provide:
   (1) Name of the authority, agency, or court: _____
   (2) Date of filing: _____
   (3) Docket number, case number, or opinion number: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____

(b) If you answered "No," explain why you did not file a second appeal: *The jail said the number was correct, and I don't have any other evidence than what I told them.*

9. **Third appeal**

   After the second appeal, did you file a third appeal to a higher authority, agency, or court?
   ☐ Yes        ☐ No

   (a) If "Yes," provide:
      (1) Name of the authority, agency, or court: _____
      (2) Date of filing: _____
      (3) Docket number, case number, or opinion number: _____
      (4) Result: _____
      (5) Date of result: _____
      (6) Issues raised: _____

   (b) If you answered "No," explain why you did not file a third appeal: _____

10. **Motion under 28 U.S.C. § 2255**

    In this petition, are you challenging the validity of your conviction or sentence as imposed?
    ☐ Yes        ☒ No

    If "Yes," answer the following:
    (a)   Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
          ☐ Yes        ☐ No

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____
_____
_____
_____
_____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
❏ Yes    ❏ No
If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____
_____
_____
_____
_____

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____
_____
_____
_____
_____
_____

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
❏ Yes    ☑ No
If "Yes," provide:
(a) Date you were taken into immigration custody: _____
(b) Date of the removal or reinstatement order: _____
(c) Did you file an appeal with the Board of Immigration Appeals?
❏ Yes    ❏ No

If "Yes," provide:
(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes    ☐ No
If "Yes," provide:
(1) Name of court: _____
(2) Date of filing: _____
(3) Case number: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☑ Yes    ☐ No
If "Yes," provide:
(a) Kind of petition, motion, or application: Petition for a writ of habeas corpus.
(b) Name of the authority, agency, or court: U.S. District Court — Tampa.
(c) Date of filing: 12/5/2020.
(d) Docket number, case number, or opinion number: 8:20-cv-02864-TPB-AAS
(e) Result: dismissed (without prejudice).
(f) Date of result: 12/14/2020.
(g) Issues raised:
1. The i.d. card could not be transfered to me.

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** I am not inmate 1846335.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
(see ~~separate sheet~~) page 9

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes    ☒ No

**GROUND TWO:** _____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes    ☐ No

**GROUND THREE:** _____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes    ☐ No

**GROUND FOUR:** _____

_____
_____
_____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____
_____
_____
_____
_____
_____

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes        ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: I was not completely aware of ground one until this week.

_____
_____

**Request for Relief**

15. State exactly what you want the court to do: Order the marshal to release me.

_____
_____
_____
_____

**Declaration Under Penalty Of Perjury**

If you are incarcerated, on what date did you place this petition in the prison mail system:

January 8th, 2021

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 1/8/2021

John M. Haskew
*Signature of Petitioner*

*Signature of Attorney or other authorized person, if any*

Ground one:
I am not inmate 1846335.

Facts:
1. That number existed September 18th.
2. I was not brought to the jail until October 7th.
3. The jail gave me an i.d. card with that number on it.
4. On October 14th the judge said, We are here for the case of United States of America versus Joseph Michael Haskew. And I said, My name is John Michael Haskew. And she said, Yes, John Michael Haskew. Then she said, Do you admit or deny the violations? And I said, "Admit".
5. But later the clerk sent me a docket report from my case in 2017 and there are no violations shown at all.